UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:97-cr-493-T-17A

JOSE LEON CUEERVO

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant JOSE LEON CUEERVO, with prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant JOSE LEON CUEERVO, in the above-captioned case, with prejudice. The Clerk of Court is directed to close the case as to Defendant JOSE LEON CUEERVO.

Dated: JANUARY 31st, 2017

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE